# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE FLETCHER-SCOTT AND SHENESHIA COX,<br><br>Plaintiffs,<br><br>v.<br><br>LOGISTICARE SOLUTIONS and AZYA WASHINGTON, ALLISHA RAMBAROSE as aidor and abettor,<br><br>Defendants. | CASE NO. 1:14-cv-6221-NG-JMA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROSHNI CHAUDHARI**<br><br>*Electronically Filed* |

TO: Douglas C. Palmer, Clerk of Court
U.S. District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Please be advised that the appearance of Roshni Chaudhari of FordHarrison LLP is hereby withdrawn as counsel appearing on behalf of Defendants Logisticare Solutions, LLC (improperly plead as Logisticare Solutions), and Azya Washington, and Allisha Rambarose.

Kindly remove the name of Roshni Chaudhari from the service list.

FORDHARRISON LLP

Dated: June 1, 2015          By: /s/ *Roshni Chaudhari*
                                  Roshni Chaudhari

*Attorneys for Defendants Logisticare Solutions, LLC, Azya Washington, and Allisha Rambarose*

WSACTIVELLP:7611840.1