UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEPHANIE FLETCHER-SCOTT and
SHENESHIA COX,

       Plaintiffs,

v.

LOGISTICARE SOLUTIONS and AZYA
WASHINGTON, ALLISHA RAMBAROSE as
Aidor and Abettor,

       Defendants.

Index No.: 14-cv-6221

**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that the above-captioned action be dismissed, with prejudice and on the merits, without costs to any parties.

LAW OFFICE OF KENNETH W. RICHARDSON

By: _____
Kenneth W. Richardson, Esq.
305 Broadway, Suite 801
New York, New York 10007
(212) 962-4277

Date: 2/3/16

*Attorneys for Plaintiffs Stephanie Fletcher-Scott and Shaneshia Cox*

FORD & HARRISON, LLP

By: _____
Mark A. Saloman, Esq.
400 Connell Drive, Suite 5200
Berkeley Heights, New Jersey 07922
(973) 646-7305

Date: Feb 4, 2016

*Attorneys for Defendants LogistiCare Solutions, LLC, Azya Washington and Allisha Rambarose*

SO ORDERED, this _____ day of _____, 2016:

_____
Nina Gershon, United States District Judge

WSACTIVELLP:8210415.3

9